IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2015 JAN 27  AM 10: 17

U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | | |
|---|---|---|
| MICHAEL BUCK,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-14-CV-461-DB |
| UNITED STATES OF AMERICA,<br>Defendant. | §<br>§<br>§ | |

## FINAL JUDGMENT

On January 23, 2015, Plaintiff Michael Buck ("Plaintiff") filed a handwritten document informing the Court that he wishes to dismiss the above-captioned cause. Because Defendant United States of America has not yet filed an answer or a motion for summary judgment in the cause, the Court construes Plaintiff's handwritten document as a voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court now enters Final Judgment on Plaintiff's claims pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that all claims in the above-captioned cause are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** this **27th** day of **January 2015**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE